**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARGO LEWIS,** | ) | |
| | ) | **No: 15 C** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Judge:** |
| | ) | |
| **OFFICER JEFFREY CURIA #8019,** | ) | **Magistrate Judge:** |
| **OFFICER GABRIEL BARRERA ,** | ) | |
| **OFFICER HAGELINE #3213, and** | ) | |
| **THE CITY OF CHICAGO,** | ) | |
| **A MUNICIPAL CORPORATION** | ) | |
| | ) | **JURY DEMANDED** |
| **Defendants.** | ) | |

<u>**COMPLAINT**</u>

**JURISDICTION AND VENUE**

1.  The jurisdiction of this Court is invoked pursuant to the Civil Rights Act, 42 U.S.C.

    Sections 1983 and 1988; 28 U.S.C. Sections 1331 and 1343 (a); and the Constitution of

    the United States, and supplemental jurisdiction under 28 U.S.C. Section 1367.

2.  Venue is founded in this judicial court upon 28 U.S.C. Section 1391 as the acts

    complained of arose in this district.

**PARTIES**

3.  Plaintiff Margo Lewis is an African-American female, a citizen of the United States, and

    a resident of Chicago, Illinois.

4.  Defendant Officer Jeffrey Curia #8019 is a male police officer, is/was employed by the

    City of Chicago, and was at all times relevant to the facts alleged in this complaint, acting

    within the scope of his employment and under color of law.  Officer Curia is being sued

    individually.

5.  Defendant Officer Gabriel Barrera is a male police officer, is/was employed by the City of Chicago, and was at all times relevant to the facts alleged in this complaint, acting within the scope of his employment and under color of law. Officer Barrera is being sued individually.

6.  Defendant Officer Hageline #3213 is a male police officer, is/was employed by the City of Chicago, and was at all times relevant to the facts alleged in this complaint, acting within the scope of his employment and under color of law. Officer Hageline is being sued individually.

7.  The City of Chicago is a municipal corporation within the State of Illinois, and was all times material to this Complaint, the employer of defendant police officers.

**FACTS**

8.  On or around May 16, 2014, in the afternoon, Plaintiff Margo Lewis was driving north on Stony Island Avenue near 87th Street in Chicago, Illinois.

9.  Suddenly, a marked Chicago Police squad car turned its MARS lights on behind her.

10. Ms. Lewis pulled her vehicle into the parking lot at 8721 S. Stony Island Avenue.

11. Defendant Officers then walked up to Ms. Lewis's car and after a brief conversation ordered her out of the car.

12. Ms. Lewis requested that a female be called to the scene if the defendant officers intended to search her person.

13. Defendant Officer Curia abruptly pulled the door of Ms. Lewis' car open, grabbed her by the arm, and he and Defendant Barrera threw her to the ground on her stomach.

14. After throwing Ms. Lewis to the ground, Defendant Officer Barrera threaten to tase her as they roughly cuffed her hands behind her back.

2

15. The Defendant Officers transported Ms. Lewis to one or more police stations where she was detained for several hours. While at the police station, a Sergeant Vujc continually made racially motivated comments toward Ms. Lewis. Comments such as, "you people make me sick" "you are a leach on society; you don't want to work," were directed at the Plaintiff in the presence of the defendants.

16. As a direct and proximate result of the Defendant Officers' actions, as detailed above, Plaintiff Margo Lewis has suffered and continues to suffer physical injuries, mental distress and humiliation.

## COUNT I

### (42 U.S.C. SECTION 1983 - EXCESSIVE FORCE CLAIM)

(1-16). Plaintiff Margo Lewis alleges and re-alleges paragraphs 1 through 16 as fully set forth herein.

17. As a result of the unreasonable and unjustifiable attack on Plaintiff Margo Lewis, she suffered both physical and emotional injuries.

18. This unreasonable and unjustifiable attack on the Plaintiff Margo Lewis by Defendant Officers Curia and Barrera was a direct and proximate cause of her pain, suffering and mental anguish. The above acts by these defendant officers violated the Plaintiff's Fourth Amendment right to be free from unreasonable seizures, in addition to a violation of 42 U.S.C. Section 1983.

**WHEREFORE**, Plaintiff Lewis demands compensatory damages against Defendant Officers Curia and Barrera and because these defendants acted maliciously, willfully and/or wantonly, Plaintiff demands punitive damages from these defendants plus costs, attorneys' fees, and such other additional relief as this Court deems equitable and just.

## COUNT II

### (42 U.S.C. SECTION 1983 - CONSPIRACY)

(1-16). Plaintiff Margo Lewis alleges and re-alleges paragraphs 1 through 16 as fully set forth herein.

17.     Defendant Officers Curia, Barrera and Hageline reached an understanding, engaged in a sequence of events or course of conduct, and otherwise agreed and conspired together to violate the constitutional rights of the Plaintiff.

18.     Each Defendant did reach this understanding and agreement, and did engage in this course of conduct with the mutual purpose, objective, and knowledge that it would deprive the Plaintiff of her rights, privileges and immunities, as guaranteed by the Constitution and laws of the United States.

19.     Additionally said conspiracy/joint action violated Plaintiff's Fourth Amendment rights, under color of law, in violation of 42 U.S.C. Section 1983, and was a direct and proximate cause of her pain, suffering and mental anguish.

20.     Acting in furtherance of this plan and conspiracy, each of the Defendants committed overt acts, including, but not limited to an unjustifiable attack as fully alleged in paragraphs 1-16. This course of conduct by the Defendants was done willfully, maliciously, intentionally, or with reckless disregard, and directly and proximately caused serious injury to the Plaintiff.

   **WHEREFORE**, Plaintiff Margo Lewis demands compensatory damages against each Defendant, and because the Defendants acted maliciously, willfully and/or wantonly, punitive damages, plus costs, attorney fees, and such other additional relief as this Court deems equitable and just.

## COUNT III

**(FAILURE TO PREVENT CIVIL RIGHTS VIOLATION
UNDER 42 U.S.C. SECTION 1983)**

(1-16). Plaintiff Margo Lewis alleges and re-alleges paragraphs 1 through 16 above as though

fully set forth herein.

17.     The above stated acts of violence against the Plaintiff by one of the Defendants was

witnessed and encouraged by the other Defendants.

18.     One or more of the Defendant Officers had the opportunity and duty to prevent the

violation of the Plaintiff's civil rights by the other Defendant, but failed to do so.

19.     The failure of one or more of the Defendant Officers to prevent the above alleged civil

rights violations was the direct and proximate cause of the Plaintiff's injuries.

       **WHEREFORE**, the Plaintiff demands compensatory damages against these Defendants;

and because they acted maliciously, willfully, and/or wantonly, punitive damages against them

plus attorney's fees and costs, and any additional relief this Court deems equitable and just.


**COUNT IV**

**(ASSAULT AND BATTERY UNDER ILLINOIS LAW)**

(1-16). Plaintiff Margo Lewis alleges and re-alleges paragraphs 1 through 16 as though

fully set forth herein.

17.     The acts of the Defendant Officers Curia and Barrera, as described above, were done

maliciously, willfully and wantonly and with such reckless disregard for their natural

consequences as to constitute assault and battery under the laws and Constitution of the State of

Illinois, and did directly and proximately cause the injuries, pain and suffering of the Plaintiff as

alleged above.

**WHEREFORE**, Plaintiff Margo Lewis demands compensatory damages against Defendant Officers Curia and Barrera, individually; and because they acted maliciously, willfully and/or wantonly, punitive damages against these defendant officers, plus costs and any additional relief this Court deems equitable and just.

## COUNT V

**(RESPONDEAT SUPERIOR UNDER ILLINOIS LAW AGAINST DEFENDANT CITY OF CHICAGO)**

(1-16). Plaintiff Margo Lewis alleges and re-alleges paragraphs 1 through 16 as though fully set forth herein.

17. The acts of assaulting and battering Plaintiff Lewis committed by Defendant Officers Curia and Barrera were done within the scope of their employment as Chicago Police Officers. These acts were willful and wanton, and therefore the Defendant City of Chicago, as principal, is liable for the actions of its agents under the doctrine of respondeat superior.

**WHEREFORE**, Plaintiff Margo Lewis, demands judgment against Defendant City of Chicago plus costs, and such other additional relief as this Court deems equitable and just.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS.**

Respectfully submitted,

/ s/Standish E. Willis_____
Attorney for Plaintiff

The Law Office of Standish E. Willis
29 E. Madison Street, Suite 1802
Chicago, IL  60602
312-750-1950
Email: swillis818@aol.com

6