ILND 450 (Rev01/2015) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Margo Lewis,

Plaintiff(s),

v.

Officer Jeffrey Curia, et al,

Defendant(s).

Case No. 15 C 4339
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Defendants' motion for summary judgment is granted.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion for summary judgment.

Date: 2/9/2017

Thomas G. Bruton, Clerk of Court

George Schwemin, Deputy Clerk